UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RONALD SATISH EMRIT,<br><br>                    Plaintiff,<br><br>    v.<br><br>GEORGE SOROS, et al.,<br><br>                    Defendants. | Case No. 2:19-CV-00024-JCC<br><br>**REPORT AND RECOMMENDATION** |

      On January 7, 2019, Plaintiff Ronald Satish Emrit filed an application for leave to proceed *in forma pauperis* ("IFP") and proposed complaint. Dkt. 1. On January 8, 2019, the Clerk of Court sent Plaintiff a letter advising him of deficiencies in his IFP application. Dkt. 2. Plaintiff was given until February 7, 2019 to correct the noted deficiencies. *Id.* On January 28, 2019, the Clerk's letter to Plaintiff was returned as "Not Deliverable as Addressed Unable to Forward." Dkt. 4. To date, Plaintiff has not paid the filing fee or contacted the Court to provide a current address.

      Local Civil Rule ("LCR") 10(f) requires represented and unrepresented parties to notify the Court of any change of address or telephone number within 10 days of the change. In addition, LCR 41(b)(2) provides:

> A party proceeding pro se shall keep the court and opposing parties advised as to his current address …. If mail directed to a pro se plaintiff by the clerk is returned by the Post Office … and if such plaintiff fails to notify the court and opposing parties within 60 days thereafter of his current address, the court may dismiss the

REPORT AND RECOMMENDATION - 1

action without prejudice for failure to prosecute.

Mail directed to Plaintiff by the Court was returned by the post office over sixty days ago. Plaintiff has not notified the Court of his current address or filed anything to further prosecute this action. Accordingly, the Court recommends **dismissing this action without prejudice** pursuant to Local Rule CR 41(b)(2) for failure to prosecute. A proposed order accompanies this Report and Recommendation.

This Report and Recommendation is not an appealable order. Therefore a notice of appeal seeking review in the Court of Appeals for the Ninth Circuit should not be filed until the assigned District Judge enters a judgment in the case. Objections, however, may be filed and served upon all parties no later than **August 14, 2019.** The Clerk should note the matter for **August 16, 2019**, as ready for the District Judge's consideration if no objection is filed. If objections are filed, any response is due within 14 days after being served with the objections. A party filing an objection must note the matter for the Court's consideration 14 days from the date the objection is filed and served. The matter will then be ready for the Court's consideration on the date the response is due. Objections and responses shall not exceed five pages. The failure to timely object may affect the right to appeal.

DATED this 24th day of July, 2019.

BRIAN A. TSUCHIDA
Chief United States Magistrate Judge

REPORT AND RECOMMENDATION - 2