UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RONALD SATISH EMRIT, | CASE NO. C19-0024-JCC |
| Plaintiff, | ORDER |
| v. | |
| GEORGE SOROS et al., | |
| Defendants. | |

The Court has reviewed Plaintiff's application for leave to proceed *in forma pauperis* ("IFP") (Dkt. No. 1); the report and recommendation of the Honorable Brian A. Tsuchida, United States Magistrate Judge (Dkt. No. 5); and the relevant record. Plaintiff has failed to file timely objections. Therefore, the Court ORDERS that:

1. The report and recommendation (Dkt. No. 5) is ADOPTED;
2. Plaintiff's IFP application (Dkt. No. 1) is DENIED;
3. This case is DISMISSED without prejudice for failure to prosecute; and
4. The Clerk is DIRECTED to send copies of this order to the parties and to Judge Tsuchida.

//

//

//

1     DATED this 10th day of September 2019.

*[signature]*

John C. Coughenour
UNITED STATES DISTRICT JUDGE

ORDER
C19-0024-JCC
PAGE - 2